FILED
CLERK, U.S. DISTRICT COURT

06/25/2014

CENTRAL DISTRICT OF CALIFORNIA
BY:          AP          DEPUTY

1  CHARLES  REID

2  402 W. DUARTE  RD

3

4  APT F

5  MONROVIA, CA 91016

6

7  (818) 392-9731

8

9

10  **UNITED STATES DISTRICT COURT**
    **CENTRAL DISTRICT OF CALIFORNIA**

11

12  CHARLES REID                              Case No. CV14-04682 JFW(JCx)

13                    Plaintiff,       )      **COMPLAINT FOR:**

14                                      )

15       VS.                            )      FAIR DEBT COLLECTION

16  LVNV FUNDING LLC                    )      FAIR CREDIT
                                         )      REPORTING ACT
17                                      )
18                                      )      CAL CIV. CODE § 1785.25
                                         )
19                                      )
20                                      )      ROSENTHAL ACT
                                         )
21                                      )      **Jury Trial Demanded:** Yes
                                         )
22  **DEFENDANT(S).**                    )

23

24                    **I. JURISDICTION**

25  1.  This Court has jurisdiction under:  15 U.S.C. sec. 1692 k (d), 15 U.S.C.

26

27  sec. 1681(p)(b), and 28 U.S.C. sec. 1331,1337

28

## II.   VENUE

2.  Venue is proper pursuant to:  28 U.S.C. sec. 1391(b) where the acts and transaction giving rise to plaintiff's action occurred in the district, where plaintiff resides in this district, and / or where defendant transact business in this district.

## III.   PARTIES

3.  Plaintiff's name is: Charles Reid Plaintiff resided at: 402 W. DUARTE RD. APT F MONROVIA, California 91016. Is a consumer within the  meaning of 15 U.S.C. sec. 1692 a (3), 15 U.S.C.§ 1681 a (c).

4.  Defendant: LVNV FUNDING LLC is a "debt collector" within the meaning of 15 U.S.C. sec 1692 a (6).

5.  Defendant regularly engage in debt collection as that term is defined in California Civil Code § 1788.2. Defendant and each of them are a debt collector As that term is defined by California Civil Code § 1788.2(o) and each Defendant is a "person" as that term is defined by California Civil Code § 1788.2 (g)

## FINDING AND PURPOSE OF
## CALIFORNIA CIVIL CODE § 1788 et seq., the RFDCPA

6. The California Legislature made the following findings and purpose in creating Civil Code § 1788, the RFDCPA:

(1) The banking and credit systems and grantors of credit to consumers are dependent upon the collection of just and owing debts. Unfair or deceptive collection practices undermine the public confidence which is essential to the continued functioning of the banking and credit system and sound extensions of credit to consumers.

(2) There is a need to ensure that debt collectors and debtors exercise their responsibilities to one another with fairness, honesty and due regard for the rights of the other.

(3) It is the purpose of this title to prohibit debt collectors from engaging in unfair or deceptive acts or practices in the collection of consumer debts and to require debtors to act fairly in entering into and honoring such debts, as specified in this title.

7. On September 3, 1999, "urgency legislation" was passed adding Civil Code § 1788.17 to the RFDCPA which incorporated therein nearly all of the provisions of the Federal Fair Debt Collection Practices Act ("FDCPA") which also superceded numerous provisions of the RFDCPA, such as Civil Code § 1788.14, to the extent inconsistent, and which was enacted in 1977.

8. The United States Congress has made the following **findings** and

declaration of **purpose** under the **FDCPA:**

(a)  Abusive practices. There is abundant evidence of the use of abusive,

deceptive, and unfair debt collection practices by many debt collectors. Abusive

debt collection practices contributes to the number of personal bankruptcies, to

marital instability, to the loss of jobs, and to invasions of individual privacy.

(b)  Inadequacy of laws. Existing laws and procedures for redressing these

injuries are inadequate to protect consumers.

(c)  Purposes. It is the purpose of this title [ 15 U.S.C. §§ 1692 et seq.] to

eliminate abusive debt collection practices by debt collectors, to insure that

those debt collectors who refrain from using abusive debt collection practices

are not competitively disadvantaged, and to promote consistent State action to

protect consumers against debt collection abuses.

# IV.   STATEMENT OF FACTS

9.  Comes now Charles Reid who does hereby file this complaint for

damages of 15 U.S.C. sec. 1692, et seq. (FDCPA) and the California Rosenthal

Act, Civil Code sec. 1788 et seq. 15 U.S.C. sec. 1681 et seq. (FCRA)

based upon defendant(s) violations of the Fair Debt Collection Practices Act,

Rosenthal Act and Fair Credit Reporting Act.

10. Plaintiff obtained his consumer reports from the three major credit reporting agencies March 2014 and found entries by entities that he was unfamiliar with in the report. Plaintiff found after examination of his Transunion, Experian consumer credit reports that defendant LVNV FUNDING LLC had obtained Plaintiff consumer credit reports around September 9, 2011 and has continuously reported to date.

11. Experian, Transunion, Equifax, is a credit reporting agency within the meaning FCRA 15 U.S.C. 1681a (f).

12. Consumer credit report is a consumer report within the meaning of the FCRA 15 U.S.C. sec. 1681a (d).

13. The FCRA 15 U.S.C. sec. 1681b defines the permissible purposes for which a person may obtain a consumer credit report. As to the Defendant account # 515625000065…. Alleged Amount $2,599.00 Disputed with the 3 credit bureaus by the plaintiff, the Plaintiff is/ was not at any given time involved in the any related underlying credit transaction with the defendant. Plaintiff has not at any given time initiated the any transaction, nor has Plaintiff participated in the any transaction in writing or otherwise that warrant validation for said alleged debt.

14.Defendant regularly engaged as furnishers of consumers Transunion, Experian, Equifax credit file, such permissible purposes as defined by 15 U.S.C.§ 1681b are generally if the consumer makes application for credit, makes application for employment, for underwriting of insurance involving the consumer, or is offered a bonafide offer of credit as a result of the inquiry.

15. Specifically, Plaintiff credit bureaus disputes followed by 2 letters disputing the validity of the alleged account debts(s) based on among other things, the statute of  frauds, standing in light of securitizations, set off rights and other state and federal statutes;

16.Ensure that creditors comply with Civil Code § 1785.25 (a) and correctly and accurately report to credit reporting agencies information about Plaintiffs' account(s), and fact that the enforceability was disputed;

17.Eliminate personal liability  using Title 11 of the U.S. Code;

18.Ensure that creditors comply with Civil Code § 1785.25 and the Fair Credit Reporting Act (FCRA).

19. Plaintiff  has never had any business dealings or any accounts with made application for credit from, made application for employment with, applied for

insurance from or received a bonafide offer of credit from the defendant that constitute a any contract.

20. Plaintiffs written orders to Defendant specifically provided the following:

a.) advised that Plaintiff disputed the validity of the debt; and or alleged accounts(s)

b.) advised that Plaintiff be sent the authorization validating the proof of alleged debt and/or alleged account. Proof of original billing statements

c.) Defendant provide proof of ownership that the alleged account is the legal property LVNV Funding LLC with all the original creditors rights and privilege intact upon pulling of Plaintiff credit file.

21. Around September 2011 Defendant LVNV FUNDING LLC obtained the plaintiff consumer credit reports without consent in violation of the FCRA 15 U.S.C. sec. 1681b. Defendant failure to conduct an investigation properly of the March 05, 2014 and May 22, 2014 dispute from the 3 credit Bureau and take any remedial actions of the March 2014, and May 2014 reinvestigation procedure under § 1681s-2(b) after notification of Plaintiff dispute; Said actions by defendant holds liable in favor to Plaintiff reward/relief damages as a matter of law plaintiff  Transunion, Experian, Equifax record thereby reducing plaintiff credit score, and loss of  societal pleasures.

22. On May 09, 2014, and June 10, 2014 Plaintiff  sent via United States

Postal Service Certified Mail # 7013 1710 0001 2662 5729

on 05/09/2014 and 7012 2920 0001 9994 8303 on 6/10/2014   letters

requesting formal debt validation/ illegal pull. This was in an effort to

mitigate damages in obtaining Plaintiff's credit report before taking civil action

in accordance with (FDCPA) 15 U.S.C. sec. 1692g, 1681b, 1788 et seq.

Plaintiff notice included defendants violations of the (FCRA)15 U.S.C. sec.

1681b. A

23.  As of  June 17, 2014 Plaintiff has received  no correspondence to

said notices sent to Defendant. The actions of the Defendant obtaining consumer

credit report with no validation for permissible purposes or contract bearing

signature between defendant and plaintiff consent, are clear and unreasonable

violations of FCRA, 15 U.S.C.§ 1681b and an illegal practices against

Plaintiff's right to privacy.

24  Plaintiff disputed with (3) credit reporting agency's from the month of

March 2014 and June 2014. Defendant at no time has communicated with

Plaintiff what justification they may have had by obtaining Plaintiff credit

profile. Plaintiff have given ample opportunity for Defendant to justify their

action, the March 9, 2014 sent letter the June 10, 2014 second notice

letter upon 10 day response. Defendant has failed to

respond to said notice.

25. The defendant had a duty to properly ascertain if there was any legitimate purpose before obtaining Plaintiff's credit report and Defendant breached said duty by failing to do so. There was no account that the defendant had any right to collect to have had permissible purpose to obtain Plaintiff's credit report and therefore Plaintiff is entitled to damages for breach of said duty.

26. Plaintiff discovery of violations brought forth herein occurred in March 2014 and are within the statute of limitations as defined in the FCRA, 15 U.S.C. sec.1681p FDCPA 15 U.S.C. sec. 1692k (d).

## V.  CAUSES OF ACTION

### FIRST CAUSE OF ACTION

Violations of FDCPA 15 U.S.C. 1962 e,f,g

**(As against Defendant(s):** LVNV FUNDING LLC

27. Plaintiff re-alleges and incorporates paragraphs 9-26. Plaintiff is a Consumer within the meaning of the FDCPA 15 U.S.C. sec. 1692a(3) G E  CAPITAL are debt collectors within the meaning of FDCPA 15 U.S.C. sec 1692a(6).

28. Plaintiff re-alleges and incorporates paragraph 9-26. Based on the foregoing consumer credit reports. The Defendant Is violating FDCPA and FCRA violations include but are not limited to the following: LVNV FUNDING LLC violated 15 U.S.C. sec. 1692e(10) by the use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning consumer.

29. Plaintiff re-alleges and incorporates paragraph 9-26. LVNV FUNDING LLC violated 15 U.S.C. sec. 1692d by engaging in conduct the natural consequences of which is to harass, oppress, or abuse any person.

30. The foregoing act(s) by Defendant were willful and knowing violations of Title 1.6 of the California Civil Code  (RFDCPA), are sole and separate violations under California Civil Code  section § 1788.30 (b) and trigger a penalty of up to $ 1,000.00 per plaintiff.

## SECOND CAUSE OF ACTION

Violation of FCRA 15 U.S.C. SEC. 1681 b

**As against Defendant(s):** LVNV FUNDING LLC

31. Plaintiff re-alleges and incorporates paragraph 9-26. Plaintiff is a consumer within the meaning of the FCRA 15 U.S.C. sec. 1681a (c).

LVNV FUNDING LLC is a furnisher of information within the  meaning of the FCRA 15 U.S.C. sec. 1681 s-2

32. Plaintiff re-alleges and incorporates paragraph 9-26. Plaintiff did not Initiate a firm offer of credit (loan, credit card) with defendant. Plaintiff did not Initiate firm offer of insurance with defendant. Plaintiff did not initiate employment with defendant. Defendant was not directed by a court order to pull plaintiff consumer report. Defendant is no gov't agency under USA Patriot Act reply: UNITED STATES v. McNeil 362 F.3d 570 "9th Circuit Court of Appeals"

33.   Plaintiff re-alleges and incorporates paragraph 9-26. Based on the foregoing consumer credit report. Defendant willfully violated the FCRA. Defendant violations include, but are not limited to the following: LVNV FUNDING willfully violated 15 U.S.C. sec. 1681b(f) by obtaining plaintiff consumer report without a permissible purpose as defined by 15 U.S.C. sec. 1681b

## THIRD CAUSE OF ACTION

Violation Civil Liabilities for non-compliance 15 U.S.C. sec. 1681 o, n

**(As against Defendant(s)**: LVNV FUNDING LLC

34. Plaintiff re-alleges and incorporates paragraph 9 -26. Plaintiff is a consumer within the meaning of the FCRA 15 U.S.C. sec. 1681a (c).

LVNV FUNDING LLC  is a furnisher of information within the meaning

of the FCRA 15 U.S.C. sec. 1681 s-2

35.   Plaintiff re-alleges and incorporates paragraph 9-26.

LVNV FUNDING LLC unreasonable procuring or causing to be procured an

investigative consumer report without clearly and accurately disclosing to

plaintiff that the report had been requested.

36.   Plaintiff re-alleges and incorporates paragraph 9-26. LVNV FUNDING

LLC without informing plaintiff of the right to request disclosure in

violation 15 U.S.C. sec 1681d q. Actions on the part of defendant demonstrates a

unreasonable disregard for federal law and constitutes a blatant attempt to injure

or ruin the credit rating of plaintiff since defendant has demonstrated an inability

to validate the alleged debt and subsequently attempted coerce payment. 15

U.S.C sec. 1681 n

## REQUEST FOR RELIEF

37.   That this court grant judgement against defendant for first claim for relief

1) Actual damages determined by jury 2.) Punitive & Statutory damages 15

U.S.C. sec. 1692 d (1) 1692 f (6) Remedies 1692 k, Rosenthal Act $1,000.00 per

statute 3.) legal cost and fees. 4.) Any relief as the court see fit.

5.) Cal. Civ Code 1788.30(b)

38.  That this court grants judgement against defendant

for: second claim for relief  1.) Actual damages to be

determined by jury 2.) Punitive and Statutory damages FCRA 15 U.S.C. sec.

1681b  $1000.00  3.) court fees and cost  4.) Any relief as court see fit.

5.) Cal Civ. Code § 1785.25

39.  That this court grants judgment against Defendants for: Third claim for

relief  1.) Actual damages to be determined by jury  2.) punitive & statutory

damages pursuant 15 U.S.C. sec 1681o  $1,000.00  3.) court fees and cost.

4.) Any relief as court sees fit.

Date: _6/18/2014_

Sign: _Charles Reid_

Print Name: _Charles Reid_

## DEMAND FOR JURY TRIAL

Plaintiff hereby request a jury  trial on all issues raised in this complaint

Date: _6/18/2014_

Sign: _Charles Reid_

Print Name: _Charles Reid_

Exhibit 10 A

Validation
Letters



**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

LAS VEGAS NV 89119

OFFICIAL USE

|  |  |  |
|---|---|---|
| Postage | $ | $0.49 |
| Certified Fee | | $3.30 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.79 |

Postmark Here

JUN 10 2014
Terminal Annex Finance
LA CA 90012

Sent To  LVNV Funding LLC
Street, Apt. No.; or PO Box No.  625 Pilot RD Ste 2/3
City, State, ZIP+4  Las Vegas, NV  89119

See Reverse for Instructions

PS Form 3800, August 2006

$7.58

Total:

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

LAS VEGAS NV 89119

OFFICIAL USE

|  |  |  |
|---|---|---|
| Postage | $ | $0.49 |
| Certified Fee | | $3.30 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.79 |

Postmark Here

05/09/2014

Sent To  LVNV Funding LLC
Street, Apt. No.; or PO Box No.  625 Pilot RD Ste 2/3
City, State, ZIP+4  Las Vegas, NV  89119

PS Form 3800, August 2006          See Reverse for Instructions

15

*5th plntf ID 14*
*Validation Letters*



CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

LAS VEGAS NV 89119

OFFICIAL USE    0115

| | | |
|---|---|---|
| Postage | $ | $0.49 |
| Certified Fee | | $3.30 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.79 |

Postmark Here
JUN 10 2014
Terminal Annex Finance
90012-9998
06/10/2014
LA CA

Sent To  LVNV Funding LLC
Street, Apt. No.; or PO Box No.  PO BOX 10497
City, State, ZIP+4  Greenville SC 29603

PS Form 3800, August 2006          See Reverse for Instructions

$7.58

Total:

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

LAS VEGAS NV 89119

OFFICIAL USE    0041

| | | |
|---|---|---|
| Postage | $ | $0.49 |
| Certified Fee | | $3.30 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.79 |

Postmark Here
05/09/2014

Sent To  LVNV Funding LLC.
Street, Apt. No.; or PO Box No.  625 Pilot Rd  ste 2/3
City, State, ZIP+4  Las Vegas, NV  89119

PS Form 3800, August 2006          See Reverse for Instructions

16

*Bureau Disputes*

**Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Postmark Here
CIVIC CENTER STATION VAN NUYS, CA USPS
MAR 2014

Sent To  *Experian*
Street, Apt. No.; or PO Box No.  *P.O. Box 2002*
City, State, ZIP+4  *Allen TX  75013*

PS Form 3800, August 2006     See Reverse for Instructions

7012 2920 0001 9944 8280

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Postmark Here
CIVIC CENTER STATION VAN NUYS, CA USPS
MAR -5 2014

Sent To  *Transunion Consumer Relation*
Street, Apt. No.; or PO Box No.  *P.O. Box 2000*
City, State, ZIP+4  *Chester Pa  19022-2000*

PS Form 3800, August 2006     See Reverse for Instructions

7012 2920 0001 9944 8266

---

```
        VAN NUYS CIVIC CENTER STATION
            VAN NUYS, California
                 914019998
              0581020401 -0099
03/05/2014     (800)275-8777      03:40:56 PM

                     Sales Receipt
Product                   Sale  Unit    Final
Description               Qty  Price    Price
                                        $0.49
CRUM LYNNE PA 19022 Zone-8
First-Class Mail Letter
1.00 oz.
Expected Delivery: Sat 03/08/14         $3.30
@@ Certified
USPS Certified Mail #:
7012292000199448266
                                     ========
                                        $3.79
  Issue PVI:
                                        $0.70
CANTON TX 75103 Zone-6
First-Class Mail Letter
1.10 oz.
Expected Delivery: Sat 03/08/14         $3.30
@@ Certified
USPS Certified Mail #:
7012292000199448280
                                     ========
                                        $4.00
  Issue PVI:
                                     ========
  Total:
                                        $7.79
Paid by:                                $7.79
Debit Card
  Account #:        XXXXXXXXXXXX4348
  Approval #:       327951
  Transaction #:    980
  23 903601110
  Receipt#:         003400

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.
******************************************
******************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting cards
available for purchase at select Post
Offices.
******************************************
******************************************
```

17.

*Exhibit 22 B*
*Credit*
*Bureau*
*Disputes*

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com™

OFFICIAL USE

CRUM LYNNE PA 19022                        0046

| | | |
|---|---|---|
| Postage | $ | $0.49 |
| Certified Fee | | $3.30 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.79 |

Postmark Here
MAY 22 2013
05/22/2014

Sent To *TRANSUNION*
Street, Apt. No.; or PO Box No. *P.O. Box 2000*
City, State, ZIP+4 *CHESTER, PA 19022-2000*

PS Form 3800, August 2006          See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com™

OFFICIAL USE

ALLEN TX 75013                        0046

| | | |
|---|---|---|
| Postage | $ | $0.49 |
| Certified Fee | | $3.30 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.79 |

Postmark Here
MAY 22 2013
05/22/2014

Sent To *EXPERIAN*
Street, Apt. No.; or PO Box No. *P.O. Box 2002*
City, State, ZIP+4 *ALLEN, TX 75013*

PS Form 3800, August 2006          See Reverse for Instructions

---

COLE FINANCE BRANCH
Los Angeles, California
900469998
0545300046 -0096
05/22/2014    (800)275-8777    02:53:34 PM

================ Sales Receipt ================

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| CRUM LYNNE PA 19022 Zone-8 | | | $0.49 |
| First-Class Mail Letter | | | |
| 0.80 oz. | | | |
| Expected Delivery: Tue 05/27/14 | | | |
| @@ Certified | | | $3.30 |
| USPS Certified Mail #: | | | |
| 70131710000126625910 | | | |
| | | | ======== |
| Issue PVI: | | | $3.79 |
| | | | |
| ALLEN TX 75013-2002 Zone-6 | | | $0.49 |
| First-Class Mail Letter | | | |
| 0.80 oz. | | | |
| Expected Delivery: Tue 05/27/14 | | | |
| @@ Certified | | | $3.30 |
| USPS Certified Mail #: | | | |
| 70131710000126625828 | | | |
| | | | ======== |
| Issue PVI: | | | $3.79 |

| | |
|---|---|
| Total: | $7.58 |
| Paid by: | |
| Cash | $20.00 |
| Change Due: | -$12.42 |

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.
**************************************
**************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting cards
available for purchase at select Post
Offices.
**************************************
**************************************

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to usps.com/clicknship
to print shipping labels with postage. For
other information call 1-800-ASK-USPS.
**************************************
**************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
**************************************
**************************************

18.

23 A


## Experian
A world of insight

Logout | Report Summary | Potentially Negative Items | Accounts in Good Standing | Requests for Your Credit History | Personal Information | Your Personal Statement | Get Credit Monitor | Get Credit Score

## Potentially Negative Items or Items for Further Review

? <u>What does potentially negative or items for further review mean?</u>     ? <u>What if I feel there is an error?</u>

? <u>What if I think listed accounts are duplicates?</u>

Experian credit report prepared for
**CHARLES LOUIS REID 3**

Your report number is
**3187-9436-31**

Report date: **June 17, 2014**

**Credit Report Toolkit:**
<u>Print your report</u>
<u>Credit Education</u>
<u>Know your rights</u>
<u>Credit Fraud Center</u>

Item Detail

**[ Dispute this item >> ]**

LVNV FUNDING, LLC

**Address:**
PO BOX 10497
GREENVILLE, SC 29603
(866) 464-1183

**Account Number:**
515625000065....

**Original Creditor:**
HSBC BANK USA N.A. BEST BUY R

**Address Identification Number:**

**Status:**
Collection account. $2,599 past due as of Jun 2014.

**Status Details:**
This account is scheduled to continue
on record until Aug 2014.
This item was updated from our
processing of your dispute in Mar 2014.

| | | |
|---|---|---|
| **Date Opened:**<br>09/2011 | **Type:**<br>Debt Buyer | **Credit Limit:**<br>$2,599 |
| **Date of Status:**<br>04/2014 | **Terms:**<br>1 Months | **High Balance:**<br>N/A |
| **Reported Since:**<br>03/2014 | **Monthly Payment:**<br>$0 | **Recent Balance:**<br>$2,599 |
| **Last Reported Date:**<br>06/2014 | **Responsibility:**<br>Individual | **Recent Payment:**<br>$0 |

**Payment history legend**

| | | | |
|---|---|---|---|
| OK | Current/Terms of agreement met | VS | Voluntarily surrendered |
| 30 | Account 30 days past due | R | Repossession |
| 60 | Account 60 days past due | PBC | Paid by creditor |

19.

| | | | |
|---|---|---|---|
| 90 | Account 90 days past due | IC | Insurance claim |
| 120 | Account 120 days past due | G | Claim filed with government |
| 150 | Account 150 days past due | D | Defaulted on contract |
| 180 | Account 180 days past due | C | Collection |
| CRD | Creditor received deed | CO | Charge off |
| FS | Foreclosure proceedings started | CLS | Closed |
| F | Foreclosed | ND | No data for this time period |

**Payment History:**
2014
JUN    MAY    APR    MAR
 C         C        C        C

**Account History:**
Collection as of Mar 2014 to Jun 2014

**Balance History -** The following data will appear in the following format:
*account balance / date payment received / scheduled payment amount / actual amount paid*
May 2014: $2,599 / no data / no data / no data
Apr 2014: $2,599 / no data / no data / no data
Mar 2014: $2,599 / no data / no data / $0
Jan 2014: $2,599 / no data / no data / no data
Dec 2013: $2,599 / no data / no data / no data
Nov 2013: $2,599 / no data / no data / no data
Oct 2013: $2,599 / no data / no data / no data
Sep 2013: $2,599 / no data / no data / no data
Aug 2013: $2,599 / no data / no data / no data
Jul 2013: $2,599 / no data / no data / no data
Jun 2013: $2,599 / no data / no data / no data
May 2013: $2,599 / no data / no data / no data
Apr 2013: $2,599 / no data / no data / no data
Mar 2013: $2,599 / no data / no data / no data
Feb 2013: $2,599 / no data / no data / no data
Jan 2013: $2,599 / no data / no data / no data
Dec 2012: $2,599 / no data / no data / no data
Nov 2012: $2,599 / no data / no data / no data
Oct 2012: $2,599 / no data / no data / no data
Sep 2012: $2,599 / no data / no data / no data
Aug 2012: $2,599 / no data / no data / no data
Jul 2012: $2,599 / no data / no data / no data
Jun 2012: $2,599 / no data / no data / no data

**Limit High Balance History:**
The original amount of this account was $2,599

**Your Statement:**
Account information disputed by consumer (Meets requirement of the
Fair Credit Reporting Act).

Add a statement >>

©Experian 2014. All rights reserved.
Experian and the marks used herein are service marks or registered trademarks of Experian.
Other product and company names mentioned herein may be the trademarks of their respective owners.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☒ )

*Charles Rosio*

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

*LVNV Funding LLC*

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

*402 W. Duarte RD   APT F   Monrovia  CA  91016   (818) 392 9731*

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☒ 3. Federal Question (U.S. Government Not a Party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding

☐ 2. Removed from State Court

☐ 3. Remanded from Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred from Another District (Specify)

☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No   (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No   ☐ **MONEY DEMANDED IN COMPLAINT:** $ *$9,000*

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

*FDCPA  RFDCPA  FCRA  Cal Civ. Code  1788.30*

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **TORTS** **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☒ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpratice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 220 Foreclosure | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

FOR OFFICE USE ONLY:  Case Number: *CV14-04682*

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ NO   ☐ YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ NO   ☐ YES

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Nevada , South Carolina |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
**Note:** In land condemnation cases, use the location of the tract of land involved.

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** Charles Reid   DATE: 6/18/2014

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |