**SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

CIVIL MINUTES -- GENERAL

Case No.   **CV 14-4682-JFW (JCx)**                    Dated: **December 19, 2014**

Title:      Charles Reid -*v*- LVNV Funding, LLC

---

PRESENT:   HONORABLE JOHN F. WALTER, U.S. DISTRICT JUDGE

Kamilla Sali-Suleyman                    None Present
Courtroom Deputy                         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                             None Present

PROCEEDINGS (IN CHAMBERS):      **ORDER OF DISMISSAL**


In the Notice of Settlement filed on December 18, 2014, Dkt. No. 25, the parties represent that they have settled this action. As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before February 17, 2015. The Court will retain jurisdiction for the sole purpose of enforcing the settlement until February 17, 2015. Thereafter, absent further order of the Court, the Clerk is ordered to dismiss this action with prejudice. All dates in this action, including the trial date are vacated.

IT IS SO ORDERED.

MINUTES FORM 90                                    Initials of Deputy Clerk   ___kss___
CIVIL - GEN